JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| STEVEN JOSEPH KAULICK, | ) | No. CV 20-5605-PA (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| STU SHERMAN, Warden | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: January 12, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE